**Dismissed and Opinion Filed October 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01095-CV

### IN RE: CC FORBES, LLC, FORBES ENERGY SERVICES, LTD, FORBES ENERGY SERVICES DELAWARE, LLC, AND TX ENERGY SERVICES, LLC, Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12627**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Whitehill
Opinion by Justice Whitehill

Before the Court is the parties' September 27, 2016 Amended Joint Advisory in which they ask the Court to dismiss this original proceeding because real parties in interest no longer wish to pursue the depositions that are the subject of this proceeding. We **GRANT** the parties' request and **DISMISS** this original proceeding. Relators shall bear the costs of this original proceeding, if any.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

161095F.P05